# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2010

140483 & (80)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re MKK, Minor.

_____

MATTHEW ROBERT LINDEN and JENNIFER
LYNN LINDEN,
      Petitioners-Appellants,

v

NICHOLAS VICTOR MATTSON,
      Respondent-Appellee,

and

CASEY JO KEILMAN,
      Appellee.

_____/

SC: 140483
COA: 292065
Washtenaw CC Family Division:
08-000040-AD

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2010

Clerk

s0427